FILED
Office of the Clerk
DISTRICT COURT OF GUAM
AGANA, GUAM

MAR 2 3 1990

1

MARY L. MICHELS
Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

MARIA DOE, on behalf of herself )    CIVIL ACTION NO. _____
and all others similarly )
situated, et al., )
                      )    **CIV 90-00012**
       Plaintiffs, )
                      )
   vs.                 )    TEMPORARY RESTRAINING ORDER
                      )    AND ORDER TO SHOW CAUSE
JOSEPH F. ADA, et al., )
                      )
       Defendants. )
_____ )

Upon the Complaint filed herein, the plaintiff's Ex Parte Motion for Temporary Restraining Order, the Affidavit of Allen Rosenfield, the Declarations of Maria Doe, Edmund A. Griley, M.D., The Reverend Milton H. Cole, Jr., Laurie Konwith, Betsy Ross Doe, John Dunlop, M.D., Anita P. Arriola, and the accompanying memorandum of law and it appearing to the Court that a restraining order preliminary to hearing upon motion for a preliminary injunction should issue, without notice because immediate and irreparable injury, loss or damage will result to plaintiffs and the public before notice can be served and a hearing had thereon,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendants Joseph F. Ada, Leticia Espaldon, George B. Palican, Elizabeth Barrett-Anderson, their officers, agents, assistants, servants, employees, successors and all persons acting in concert

ARRIOLA, COWAN & BORDALLO, AGANA, GUAM 96910

or in cooperation with them at their direction or under their control be restrained and enjoined from operating, enforcing or executing Public Law 20-134.

IT IS FURTHER ORDERED that defendants Joseph F. Ada, Leticia Espaldon, George B. Palican, Elizabeth Barrett-Anderson show cause before this Court, at the United States District Court, 6th Floor, Pacific News Building, 238 Archbishop F. Flores St., Agana, Guam on _MARCH 26_, 1990, at _9:00 A_.M., or as soon thereafter as counsel can be heard,

Why a preliminary injunction should not be issued herein, pursuant to Rule 65 of the Federal Rules of Civil Procedure, restraining and enjoining defendants, their officers, agents, assistants, servants, employees, successors and all persons acting in concert or in cooperation with them at their direction or under their control, from operating, enforcing or executing Public Law 20-134, pending a final determination of this action.

Dated: _March 23, 1990_.

Time: _3:40 PM_.

_Alex R Munson_

JUDGE, U.S. DISTRICT COURT

Presented By:

ARRIOLA, COWAN & BORDALLO
P. O. BOX X, AGANA, GUAM 96910
Counsel for Plaintiffs

BY: _Anita P. Arriola_

ANITA P. ARRIOLA

Doc.#3210A

- 2 -



Case 1:90-cv-00013   Document 7   Filed 03/23/90   Page 2 of 2