FILED
Office of the Clerk
DISTRICT COURT OF GUAM
AGANA, GUAM
SEP 1 3 1990
226
MARY L. MICHELS
Clerk of Court

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

GUAM SOCIETY OF OBSTETRICIANS
AND GYNECOLOGISTS, et al.,

    Plaintiffs,

    vs.

JOSEPH F. ADA, in his individual
and official capacities, et al.,

    Defendants.

Civil Case No. 90-00013

JUDGMENT

The Court having issued a Decision and Order Re Permanent Injunction and Other Motions in favor of plaintiffs,

JUDGMENT IS HEREBY RENDERED IN PLAINTIFFS' FAVOR and this matter is dismissed with prejudice.

IT IS FURTHER ORDERED that the prevailing parties shall have ten (10) days from the issuance of this Judgment to apply for reasonable attorneys fees and costs.  Defendants may file their

//
//
//
//
//

objections, if any, with the court no later than ten (10) days after service of the application for attorneys fees and costs. The court will thereafter schedule a hearing on the issue of reasonable attorneys fees.

IT IS SO ORDERED AND ADJUDGED.

Dated this _10th_ day of September, 1990.


_____
ALEX R. MUNSON
Designated Judge

~~For~~ Lujan & Lujan

ACKNOWLEDGED RECEIPT

By: A Baya

Date: 9-13-90

Katherine Yaraman

ACKNOWLEDGED RECEIPT

By: A Baya

Date: 9-13-90

Gary Hull

ACKNOWLEDGED RECEIPT

By: [signature]

Date: 9/13/90

Simon Heller

AC[KNOWLEDGED RECEIPT]

By: Bobbie San Nicolas

Date: 9-13-90

Attorney Gen.

ACKNOWLEDGED RECEIPT

By: Maria G. Fitzpat

Date: Sept 13 '90

Jeffrey Cook

ACKNOWLEDGED RECEIPT

By: Annette Cruz

Date: 9/13/90

Anita Arriola

ACKNOWLEDGED RECEIPT

By: Bobbie San Nicolas

Date: 9-13-90

Patrick Wolff

ACKNOWLEDGED RECEIPT

By:

Date: