JUDGMENT

=========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - -

NO. 91-16910
92-15064

D.C. No. CV-90-00013-ARM

FILED
DISTRICT COURT OF GUAM
AGANA, GUAM

NOV 22 1993

MARY L. M. MORAN
Clerk Of Court

GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; GUAM NURSES
ASSOCIATION; MILTON COLE; LAURIE EDMUND A. GRILEY, M.D.;
WILLIAMS S. FREEMAN, M.D.; JOHN DUNLOP, M.D.;; MARIA DOE, on
behalf of herself and all others similarly situated, et al

> Plaintiffs - Appellees/
> Cross-Appellants,

v.

JOSEPH F. ADA, in his individual and official capacities

> Defendant - Appellant
> Cross-Appellees.

- - - - - - - - - - - - - - - - - - - -

APPEAL FROM the United States District Court for the
District of Guam .

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
U.S. District Court for the District of Guam and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is VACATED and REMANDED.

Filed and entered September 01, 1993


A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 16 1993

by: _____
Deputy Clerk

NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

SEP - 1 1993

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS, et al., )
)       Nos. 91-16910
)            92-15064
Plaintiffs-Appellees/ )
Cross-Appellants, )   D.C. No. CV 90-00013-ARM
v. )
)
JOSEPH F. ADA, in his individual and official capacities, et al., )
)
Defendants-Appellants/ )      MEMORANDUM*
Cross-Appellees. )
)

Appeal from the United States District Court
for the District of Guam
Alex R. Munson, District Judge, Presiding

Argued and Submitted July 14, 1993
San Francisco, California

Before:  HUG and LEAVY, Circuit Judges, and REAL,**
Chief District Judge.

Defendant-appellant Joseph F. Ada, Governor of Guam, and other territorial officials (collectively "Guam") challenge the district court's award of attorney's fees and costs under 42 U.S.C. § 1988 to plaintiff-appellee Guam Society of Obstetricians and Gynecologists, and other plaintiffs (collectively "plaintiffs"). The plaintiffs prevailed in a

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\** The Honorable Manuel L. Real, Chief United States District Judge for the Central District of California, sitting by designation.

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 3 of 15



class action lawsuit that successfully challenged the constitutionality of a Guam statute restricting women's access to abortion procedures. <u>Guam Society of Obstetricians and Gynecologists v. Ada</u>, 962 F.2d 1366 (9th Cir.), <u>cert. denied,</u> 113 S. Ct. 633 (1992).

Guam contends that the district court improperly considered the risk of nonpayment in calculating the lodestar of all counsel and in applying a multiplier to the lodestar of lead local counsel, Arriola, Cowan & Bordalo ("AC&B"). Guam also contends that the district court improperly awarded fees to the American Civil Liberties Union Reproductive Freedom Project ("ACLU-RFP") for work performed on behalf of plaintiffs on the basis that the ACLU-RFP did not have standing to sue. The plaintiffs cross appeal, contending that the district court improperly failed to apply a multiplier to the lodestar of ACLU-RFP.

The district court had jurisdiction under 42 U.S.C. § 1988. We have jurisdiction under 28 U.S.C. § 1291. We vacate and remand all of the attorney's fee awards.

I.

Guam argues that under the Supreme Court's holding in <u>Burlington v. Dague</u>, 112 S. Ct. 2638 (1992), the district court erred by considering the risk that counsel would not be paid for their services when it set the hourly rates upon

2.

which it calculated the lodestar figures of all counsel and when it applied a multiplier to the lodestar of AC&B. We agree.

In Burlington, the Supreme Court held that under certain environmental action fee shifting statutes a court may not "enhance the fee above the 'lodestar' amount in order to reflect the fact that the party's attorneys were retained on a contingent-fee basis and thus assume the risk of receiving no payment at all for their services." 112 S. Ct. at 2639, 2641-43. We have since held that the Burlington holding also applies to attorney's fee awards under 42 U.S.C. § 1988, see Gates v. Deukmejian, 987 F.2d 1392, 1403 (9th Cir. 1992), and to the calculation of the lodestar itself. Davis v. City and County of San Francisco, 976 F.2d 1536, 1549 (9th Cir. 1992), vacated in part on other grounds, 984 F.2d 345 (9th Cir. 1993). Neither Burlington nor its progeny had been decided at the time the district court entered the fee award, and thus the district court had no opportunity to apply those holdings. We remand the case for the district court to reconsider its fee awards in light of those opinions.

## II.

Guam argues that the district court erred by awarding attorney's fees to ACLU-RFP for the trial work it performed on behalf of plaintiffs Laurie Konwith and Guam Nurses Association, who, it maintains, did not have standing to sue.

3.

In the merits appeal, Guam challenged the standing of these plaintiffs and the effect of their standing on an attorney's fee award for legal work performed on appeal. Guam now raises the same objection to the fee award for trial work. The ACLU-RFP contends that this issue was waived and also contends it is entitled to fees for work for other plaintiffs who clearly had standing. These issues can be considered on remand.

**VACATED and REMANDED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 15 1993

by:_____
          Deputy Clerk

4.

INTERNAL USE ONLY: Proceedings include all events.
91-16910 Guam Society of Obst, et al v. Ada, et al.,

| | |
|---|---|
| GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS<br>        Plaintiff - Appellee | Anita Arriola<br>671-477-9731<br>[COR LD NTC ret]<br>ARRIOLA, COWAN & BORDALLO<br>P. O. Box X<br>Agana, GU 96910 |
| GUAM NURSES ASSOCIATION<br>        Plaintiff - Appellee | Anita Arriola<br>(See above)<br>[COR LD NTC ret]<br><br>Simon Heller<br>212/514-5535<br>[COR LD NTC ret]<br>THE CENTER FOR REPRODUCTIVE LAW<br>AND POLICY<br>120 Wall Street<br>New York, NY 10005 |
| MILTON COLE<br>        Plaintiff - Appellee | Anita Arriola<br>(See above)<br>[COR LD NTC ret] |
| LAURIE EDMUND A. GRILEY, M.D.;<br>WILLIAMS S. FREEMAN, M.D.;<br>JOHN DUNLOP, M.D.;<br>        Plaintiff - Appellee | Anita Arriola<br>(See above)<br>[COR LD NTC ret]<br><br>Simon Heller<br>(See above)<br>[COR LD NTC ret] |
| MARIA DOE, on behalf of herself and all others similarly situated, et al<br>        Plaintiff - Appellee | Anita Arriola<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| JOSEPH F. ADA, in his individual and official capacities<br>        Defendant - Appellant | Katherine A. Maraman, Esq.<br>671/472-8931<br>[COR LD NTC ret]<br>Office of the Governor<br>P.O. Box 2950<br>Agana, GU 96910<br><br>Paul Benjamin Linton, Esq.<br>312/786/9494<br>[COR LD NTC ret]<br>AMERICANS UNITED FOR LIFE<br>Suite 1804<br>343 South Dearborn Street<br>Chicago, IL 60604 |

Docket as of August 5, 1993 1:40 am                    Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
91-16910 Guam Society of Obst, et al v. Ada, et al.,

                        Arnold H. Leibowitz, Esq.
                        202/835-8253
                        Suite 507
                        [COR LD NTC ret]
                        CAMERON & HORNBOSTEL
                        888 - 16th Street N.W.
                        Washington, DC 20006-4103

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 8 of 15

INTERNAL USE ONLY: Proceedings include all events.
90-15064 Guam Society of Obst, et al v. Ada

Arnold H. Leibowitz, Esq.
202/835-8253
Suite 507
[COR LD NTC ret]
CAMERON & HORNBOSTEL
888 - 16th Street N.W.
Washington, DC 20006-4103

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 9 of 15

AM SOCIETY OF OBSTETRICIANS
) GYNECOLOGISTS
    Plaintiff - Appellant

Anita Arriola
671-477-9731
[COR LD NTC ret]
ARRIOLA, COWAN & BORDALLO
P. O. Box X
Agana, GU 96910

AM NURSES ASSOCIATION
    Plaintiff - Appellant

Anita Arriola
(See above)
[COR LD NTC ret]

Simon Heller
212/514-5535
[COR LD NTC ret]
THE CENTER FOR REPRODUCTIVE LAW
AND POLICY
120 Wall Street
New York, NY 10005

ILTON COLE
    Plaintiff - Appellant

Anita Arriola
(See above)
[COR LD NTC ret]

AURIE EDMUND A. GRILEY, M.D.;
ILLIAMS S. FREEMAN, M.D.;
OHN DUNLOP, M.D.;
    Plaintiff - Appellant

Anita Arriola
(See above)
[COR LD NTC ret]

Simon Heller
(See above)
[COR LD NTC ret]

IARIA DOE, on behalf of
erself and all others
imilarly situated, et al
    Plaintiff - Appellant

Anita Arriola
(See above)
[COR LD NTC ret]

v.

JOSEPH F. ADA, in his
individual and official
capacities
    Defendant - Appellee

Katherine A. Maraman, Esq.
671/472-8931
[COR LD NTC ret]
Office of the Governor
P.O. Box 2950
Agana, GU 96910

Paul Benjamin Linton, Esq.
312/786/9494
[COR LD NTC ret]
AMERICANS UNITED FOR LIFE
Suite 1804
343 South Dearborn Street
Chicago, IL 60604

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 10 of 15

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 0 8 1993

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

GUAM SOCIETY OF OBSTETRICIANS
AND GYNECOLOGISTS, et al.,

  Plaintiffs-Appellees/
  Cross-Appellants,

v.

JOSEPH F. ADA, in his individual
and official capacities, et al.,

  Defendants-Appellants/
  Cross-Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Nos. 91-16910
   92-15064

D.C. No. CV 90-00013-ARM

ORDER AMENDING
MEMORANDUM

Appeal from the United States District Court
for the District of Guam

Before: HUG and LEAVY, Circuit Judges, and REAL,[*]
   Chief District Judge.

The Memorandum disposition filed September 1, 1993, <u>Guam
Society of Obstetricians and Gynecologists, et al. v. Joseph
F. Ada, et al.</u>, Nos. 91-16910, 92-15064, is amended as
follows:  On page four, the first sentence beginning "In the
merits . . ." is deleted and replaced with:

> "In the merits appeal, Guam challenged
> the standing of these plaintiffs."

---

[*] The Honorable Manuel L. Real, Chief United States District
Judge for the Central District of California, sitting by
designation.

INTERNAL USE ONLY: Proceedings include all events.
91-16910 Guam Society of Obst, et al v. Ada, et al.,

GUAM SOCIETY OF OBSTETRICIANS                Anita Arriola
AND GYNECOLOGISTS                            671-477-9731
    Plaintiff - Appellee             [COR LD NTC ret]
                                             ARRIOLA, COWAN & BORDALLO
                                             P. O. Box X
                                             Agana, GU 96910

GUAM NURSES ASSOCIATION                       Anita Arriola
    Plaintiff - Appellee              (See above)
                                             [COR LD NTC ret]

                                             Simon Heller
                                             212/514-5535
                                             [COR LD NTC ret]
                                             THE CENTER FOR REPRODUCTIVE LAW
                                             AND POLICY
                                             120 Wall Street
                                             New York, NY 10005

MILTON COLE                                   Anita Arriola
    Plaintiff - Appellee              (See above)
                                             [COR LD NTC ret]

LAURIE EDMUND A. GRILEY, M.D.;                Anita Arriola
WILLIAMS S. FREEMAN, M.D.;                    (See above)
JOHN DUNLOP, M.D.;                            [COR LD NTC ret]
    Plaintiff - Appellee
                                             Simon Heller
                                             (See above)
                                             [COR LD NTC ret]

MARIA DOE, on behalf of                       Anita Arriola
herself and all others                        (See above)
similarly situated, et al                    [COR LD NTC ret]
    Plaintiff - Appellee

   v.

JOSEPH F. ADA, in his                         Katherine A. Maraman, Esq.
individual and official                       671/472-8931
capacities                                    [COR LD NTC ret]
    Defendant - Appellant             Office of the Governor
                                             P.O. Box 2950
                                             Agana, GU 96910

                                             Paul Benjamin Linton, Esq.
                                             312/786/9494
                                             [COR LD NTC ret]
                                             AMERICANS UNITED FOR LIFE
                                             Suite 1804
                                             343 South Dearborn Street
                                             Chicago, IL 60604

Docket as of September 21, 1993 1:45 am                    Page 2    NON-PUBLIC

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 12 of 15

INTERNAL USE ONLY: Proceedings include all events.
92-15064 Guam Society of Obst, et al v. Ada

GUAM SOCIETY OF OBSTETRICIANS          Anita Arriola
AND GYNECOLOGISTS                      671-477-9731
    Plaintiff - Appellant         [COR LD NTC ret]
                                       ARRIOLA, COWAN & BORDALLO
                                       P. O. Box X
                                       Agana, GU 96910

GUAM NURSES ASSOCIATION                Anita Arriola
    Plaintiff - Appellant         (See above)
                                       [COR LD NTC ret]

                                       Simon Heller
                                       212/514-5535
                                       [COR LD NTC ret]
                                       THE CENTER FOR REPRODUCTIVE LAW
                                       AND POLICY
                                       120 Wall Street
                                       New York, NY 10005

MILTON COLE                            Anita Arriola
    Plaintiff - Appellant         (See above)
                                       [COR LD NTC ret]

LAURIE EDMUND A. GRILEY, M.D.;         Anita Arriola
WILLIAMS S. FREEMAN, M.D.;             (See above)
JOHN DUNLOP, M.D.;                     [COR LD NTC ret]
    Plaintiff - Appellant
                                       Simon Heller
                                       (See above)
                                       [COR LD NTC ret]

MARIA DOE, on behalf of                Anita Arriola
herself and all others                 (See above)
similarly situated, et al              [COR LD NTC ret]
    Plaintiff - Appellant

   v.

JOSEPH F. ADA, in his                  Katherine A. Maraman, Esq.
individual and official                671/472-8931
capacities                             [COR LD NTC ret]
    Defendant - Appellee          Office of the Governor
                                       P.O. Box 2950
                                       Agana, GU 96910

                                       Paul Benjamin Linton, Esq.
                                       312/786/9494
                                       [COR LD NTC ret]
                                       AMERICANS UNITED FOR LIFE
                                       Suite 1804
                                       343 South Dearborn Street
                                       Chicago, IL 60604

Docket as of September 21, 1993 1:37 am          Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
91-16910 Guam Society of Obst, et al v. Ada, et al.,

> Arnold H. Leibowitz, Esq.
> 202/835-8253
> Suite 507
> [COR LD NTC ret]
> CAMERON & HORNBOSTEL
> 888 - 16th Street N.W.
> Washington, DC 20006-4103

INTERNAL USE ONLY: Proceedings include all events.
92-15064 Guam Society of Obst, et al v. Ada

Arnold H. Leibowitz, Esq.
202/835-8253
Suite 507
[COR LD NTC ret]
CAMERON & HORNBOSTEL
888 - 16th Street N.W.
Washington, DC 20006-4103

Case 1:90-cv-00013    Document 337    Filed 11/22/93    Page 15 of 15