JUDGMENT

==================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - -

NO. 94-15070
CT/AG#: CV-90-00013-ARM

FILED
DISTRICT COURT OF GUAM

MAY 05 1997

MARY L. M. MORAN
CLERK OF COURT

355

GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS, GUAM NURSES
ASSOCIATION; THE REVEREND MILTON H. COLE, JR.; LAURIE
KONWITH EDMUND A. GRILEY, M.D.; JOHN DUNLOP, M.D., on behalf
of themselves and all others similarly situated, and all
their women patients,

        Plaintiffs-Appellees

  v.

JOSEPH F. ADA, in his personal and official capacities,

        Defendant - Appellant

- - - - - - - - - - - - - - - - - - - -

APPEAL FROM the United States District Court for the
District of Guam (Agana) .

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
District of Guam (Agana)  and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said
District Court in this cause be, and hereby AFFIRMS the
District Court's award of fees on remand, except to the
extent that the District Court imposed interest from the
date of the initial judgment on fees for work that was
performed after the initial judgment.


Filed and entered        November 7, 1996

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 24 1997

by: Gail Nelson
Deputy Clerk

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street, P. O. Box 193939
San Francisco, CA 94119-3939


April 24, 1997


USDC, Agana
District of Guam (Agana)
Pacific New Bldg.
238 O'Hara St.
6th Floor
Agana, GU 96910


|  |  | AGENCY/ |
|---|---|---|
| C.A. NO. | TITLE | D.C. NO. |
| 94-15070 | Guam Society of Obst v. Ada | CV-90-00013-ARM |

Dear Clerk:

The following document(s) in the above listed cause(s) is (are) being sent to you under cover of this letter. Counsel are being served with a copy of this letter only.

[X] Certified copy of the Decree of the Court
[ ] Judgment of the National Labor Relations Board
[ ] Certified copy of the Entry of Dismissal

The record on appeal will follow under separate cover.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court


By: Gail Nelson
Deputy Clerk

Enclosure(s)
cc: ALL COUNSEL, WITHOUT ENCLOSURES

INTERNAL USE ONLY: Proceedings include all events.
94-15070 Guam Society of Obst v. Ada

| | |
|---|---|
| GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS, GUAM NURSES ASSOCIATION; THE REVEREND MILTON H. COLE, JR.; LAURIE KONWITH EDMUND A. GRILEY, M.D.; JOHN DUNLOP, M.D., on behalf of themselves and all others similarly situated, and all their women patients,<br>    Plaintiff - Appellee | Anita Arriola<br>671-477-9731<br>[COR LD NTC ret]<br>ARRIOLA, COWAN & BORDALLO<br>P. O. Box X<br>Agana, GU 96910<br><br>Simon Heller<br>[COR LD NTC ret]<br>49 Marwood Place<br>Stony Brook, NY 11790 |

    v.

| | |
|---|---|
| JOSEPH F. ADA, in his personal and official capacities,<br>    Defendant - Appellant | Maria G. Fitzpatrick, AAG<br>475-3324<br>[COR LD NTC ag]<br>2-200E Judicial Center Bldg.<br>120 West O'Brien Drive<br>Agana, GU 96910<br><br>Maria G. Fitzpatrick, AAG<br>671/475-3324<br>Ste. 2-200E<br>[COR LD NTC dag]<br>OFFICE OF THE ATTORNEY GENERAL<br>Prosecution Division<br>120 West O'Brien Drive<br>Judicial Center Building<br>Agana, GU 96910 |

Case 1:90-cv-00013   Document 355   Filed 05/05/97   Page 3 of 5

------------------------------

USDC, Agana
District of Guam (Agana)
Pacific New Bldg.
238 O'Hara St.
6th Floor
Agana, GU 96910

------------------------------

gail



RECEIVED

MAY - 5 1997

DISTRICT COURT OF GUAM

Arriola, Anita -Thelma        AG-Civil Div. -Jane

ACKNOWLEDGED RECEIPT            ACKNOWLEDGED RECEIPT

By: _____            By: _____ TERESA BORJA

Date: ___5/7/97___             Date: ___5/6/97___