

LESLIE A. TRAVIS, *Legal Counsel*
leslie.travis@guam.gov
JEFFREY A. MOOTS, *Legal Counsel*
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1118 | Fax: (671) 477-4826

*Attorneys for Defendant*
*Lourdes A. Leon Guerrero, Governor of Guam*

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; GUAM NURSES ASSOCIATION; THE REVEREND MILTON H. COLE, JR.; LAURIE KONWITH; EDMUND A. GRILEY, M.D.; JOHN DUNLOP, M.D., on behalf of themselves and all others similarly situated, and all their women patients,<br><br>Plaintiffs,<br><br>v.<br><br>LOURDES A. LEON GUERRERO, in her individual and official capacities; ARTHUR U. SAN AGUSTIN, MHR; LILLIAN POSADAS, MN, RN; DOUGLAS B. MOYLAN; and ALICE M. TAIJERON, GERARD C. CRISOSTOMO, G. PATRICK CIVILLE, JOSEPH P. MAFNAS, ANTONIA R. GUMATAOTAO, CARISSA E. PANGELINAN, and BENNY A. PINAULA, as the Board of Directors of the Guam Election Commission, in their official capacities, together with all others similarly situated,<br><br>Defendants. | CIVIL CASE NO. 90-00013<br><br><br><br><br><br>**MOTION FOR ABSTENTION** |

1     Defendant Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam, by and through counsel, hereby moves the Court for an order invoking an abstention from further proceedings in this matter pursuant to *R.R. Comm'n of Tex. v. Pullman Co.*, 312 U.S. 496, 499, 61 S. Ct. 643, 644, 85 L. Ed. 971 (1941), and staying this matter pending resolution of questions of local law, which are before the Supreme Court of Guam in *In Re: Request of Lourdes A. Leon Guerrero, I Maga'hågan Guåhan, Relative to the Validity and Enforceability of Public Law No. 20-134*, Guam Supreme Court Case No. CRQ23-001 ("Supreme Court Matter").

    This Motion is supported by the Memorandum of Points and Authorities and the Declaration of Counsel filed concurrently herewith, the record before the Court in this matter, all matters of which the Court may take judicial notice, and evidence that may be adduced at a hearing hereon.

    Respectfully submitted this 13th day of February, 2023.

                             **OFFICE OF THE GOVERNOR OF GUAM**

By:   */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorney for Defendant*
*Lourdes A. Leon Guerrero*
*Governor of Guam*