1    4

2

3

4

5

6

7

8

9                    **THE DISTRICT COURT OF GUAM**

10

11   GUAM SOCIETY OF OBSTETRICIANS            CIVIL CASE NO. 90-00013
     AND GYNECOLOGISTS; GUAM NURSES
     ASSOCIATION; THE REVEREND MILTON

12   H. COLE, JR.; LAURIE KONWITH;
     EDMUND A. GRILEY, M.D.; WILLIAM S.             **ORDER**

13   FREEMAN, M.D.; JOHN DUNLOP, M.D.; on
     behalf of themselves and all others similarly

14   situated, and all their women patients,

15                  Plaintiffs,

16          vs.

17   LOURDES A. LEON GUERRERO, in her
     official capacity as the Governor of Guam;

18   ARTHUR U. SAN AGUSTIN, in his official
     capacity as the Director of the Department of

19   Public Health and Social Services; LILLIAN
     PEREZ-POSADAS, M.N., R.N., in her official

20   capacity as the Administrator of the Guam
     Memorial Hospital Authority; DOUGLAS B.

21   MOYLAN, in his official capacity as the
     Attorney General of Guam; ALICE M.

22   TAIJERON, GERARD "JERRY" C.
     CRISOSTOMO, JOSEPH P. MAFNAS,

23   ANTONIA "TONI" R. GUMATAOTAO,
     BENNY A. PINAULA, G. PATRICK

24   CIVILLE, and CARISSA E. PANGELINAN,

1  in their official capacities as the Board of
Directors of the Guam Election Commission,
2  together with all others similarly situated,

3                    Defendants.

4

5       The court amended the caption of the above-titled case based on ¶¶ 11-15 of the Second

6  Amended Complaint (ECF No. 154), the Entry of Appearances (ECF Nos. 360-62, 370, 375 and

7  379) and as further explained in footnotes 1 and 2 of the Order dated February 21, 2023 (ECF

8  No. 380), for the sole purpose of clarifying the individuals being sued and in what capacity.

9  Should any of the parties take issue with the amended caption, it shall file its objection no later

10 than February 24, 2023.

11       **SO ORDERED.**

12                 **/s/ Frances M. Tydingco-Gatewood**
                                      **Chief Judge**
13                                    **Dated: Feb 22, 2023**

14

15

16

17

18

19

20

21

22

23

24