Office of the Attorney General
**Douglas B. Moylan**
**Attorney General of Guam**
Civil Division
590 S. Marine Corps. Drive
ITC Bldg., Ste. 802
Tamuning, Guam 96913 · USA
671-475-2709/10 · 671-477-2493 (fax)
www.oagguam.org

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **GUAM SOCIETY OF OBSTETRICIANS and GYNECOLOGISTS**, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**DOUGLAS B. MOYLAN**, in his official capacity as Attorney General of Guam; et al.,<br><br>Defendants. | Civil Case No. 90-00013<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

NOTICE is hereby given that Chief Deputy Attorney General JOSEPH A. GUTHRIE enters his appearance as co-counsel for defendant Douglas B. Moylan, in his official capacity as Attorney General of Guam, in the above-styled matter.

Page 1
*Notice of Appearance of Co-Counsel*
Guam Society of Obstetricians and Gynecologists, et al., vs
Douglas B. Moylan, in his official capacity as Attorney General of Guam; ;et al.
District Court of Guam Civil Case No. 90-00013

Case 1:90-cv-00013   Document 384   Filed 03/07/23   Page 1 of 3

The undersigned requests notice and copies of all further pleadings, papers, and other material relevant to this action be served upon:

>Joseph A. Guthrie
>Chief Deputy Attorney General
>Office of the Attorney General
>590 S. Marine Corps Drive, Suite 802
>Tamuning, Guam 96913
>jguthrie@oagguam.org
>civillitigation@oagguam.org

The undersigned respectfully requests that he be added to the docket as indicated above.

>**OFFICE OF THE ATTORNEY GENERAL**
>Douglas B. Moylan, Attorney General
>
>
>/s/ JOSEPH A. GUTHRIE
>**JOSEPH A. GUTHRIE**
>Chief Deputy Attorney General

Page 2
*Notice of Appearance of Co-Counsel*
Guam Society of Obstetricians and Gynecologists, et al., vs
Douglas B. Moylan, in his official capacity as Attorney General of Guam; ;et al.
District Court of Guam Civil Case No. 90-00013

Case 1:90-cv-00013   Document 384   Filed 03/07/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of Guam that on this day I electronically filed the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Executed at Tamuning, Guam on March 7, 2023.

/s/ JOSEPH A. GUTHRIE
**JOSEPH A. GUTHRIE**
Chief Deputy Attorney General

Page 3
*Notice of Appearance of Co-Counsel*
Guam Society of Obstetricians and Gynecologists, et al., vs
Douglas B. Moylan, in his official capacity as Attorney General of Guam; ;et al.
District Court of Guam Civil Case No. 90-00013

Case 1:90-cv-00013   Document 384   Filed 03/07/23   Page 3 of 3