# DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; GUAM NURSES ASSOCIATION; THE REVEREND MILTON H. COLE, JR.; LAURIE KONWITH; EDMUND A. GRILEY, M.D.; WILLIAM S. FREEMAN, M.D.; JOHN DUNLOP, M.D.; on behalf of themselves and all others similarly situated, and all their women patients, <br><br> Plaintiffs, <br><br> vs. <br><br> LOURDES A. LEON GUERRERO, in her official capacity as the Governor of Guam; ARTHUR U. SAN AGUSTIN, in his official capacity as the Director of the Department of Public Health and Social Services; LILLIAN PEREZ-POSADAS, M.N., R.N., in her official capacity as the Administrator of the Guam Memorial Hospital Authority; DOUGLAS B. MOYLAN, in his official capacity as the Attorney General of Guam; ALICE M. TAIJERON, GERARD "JERRY" C. CRISOSTOMO, JOSEPH P. MAFNAS, ANTONIA "TONI" R. GUMATAOTAO, BENNY A. PINAULA, G. PATRICK CIVILLE, and CARISSA E. PANGELINAN, in their official capacities as the Board of Directors of the Guam Election Commission, together with all others similarly situated, <br><br> Defendants. | CIVIL CASE NO. 90-00013 <br><br><br> **ORDER** |

Pursuant to 28 U.S.C. § 455(a), the below-signed judge hereby disqualifies himself from the above action.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Mar 21, 2023