UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUGLAS B. MOYLAN, in his official capacity as Attorney General of Guam,<br><br>Defendant - Appellant,<br><br>v.<br><br>LOURDES LEON GUERRERO, in her official capacity as Governor of Guam; et al.,<br><br>Defendants - Appellees. | No. 23-15602<br><br>D.C. No. 1:90-cv-00013<br>U.S. District Court of Guam<br><br>**MANDATE** |

The judgment of this Court, entered April 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT